**Willie KENT, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 72386.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 21, 1998.

Joseph L. Green, St. Charles, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

**ORDER**

PER CURIAM.

Willie Kent, Jr., Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after a hearing. Movant sought relief from his guilty plea to three counts of voluntary manslaughter in violation of section 565.023, RSMo 1994, and three counts of armed criminal action in violation of section 571.015, RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's decision is not clearly erroneous. Rule 24.035(j) (1995). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Frizell BRETT, Appellant.**

**No. 72364.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1998.

Deborah B. Wafer, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Frizell Brett, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of possession of a controlled substance, RSMo section 195.202 (1994), and the court sentenced him to twelve months in the St. Louis Medium Security Institution.

We have reviewed the briefs of the parties, the legal file, and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).